UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY D. LEWIS, an individual,<br><br>   Plaintiff,<br> vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; FAIR COLLECTIONS & OUTSOURCING, INC., and DOES 1 through10, inclusive,<br>   Defendants. | Case No.: 5:18-CV-00252 RGK-SHK<br><br>Hon. R. Gary Klausner<br><br>Judgement |

  This action came before the Court, Hon. R. Gary Klausner, District Judge Presiding, on a Motion for Summary Judgment by Defendant Fair Collections & Outsourcing, Inc. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered, the Court stating in its Order the reasons for granting summary judgment. [Dkt. 22.]

  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits as to Defendant Fair Collections & Outsourcing, Inc.

Dated: April 02, 2018    _____
              Hon. R. Gary Klausner
              United States District Judge